**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA MOORE,**

        **Plaintiff,**

**-vs-**                                                                                                **Case No. 6:06-cv-1163-Orl-28KRS**

**PHILIP MORRIS USA, INC., and THE TOBACCO INSTITUTE, INC.,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motions filed herein: Defendant The Tobacco Institute, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, doc. no. 11; and Defendant Phillip Morris USA, Inc.'s Motion for Leave to Amend Its Answer and Affirmative Defenses, doc. no. 23.

      The present case has been stayed. Doc. No. 29. Therefore, I respectfully recommend that the Court deny the present motions without prejudice to reassertion within twenty days after any order lifting the stay.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando, Florida on October 18, 2006.

                                                                                *Karla R. Spaulding*
                                                                     KARLA R. SPAULDING
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy