# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PATRICIA MOORE,

        Plaintiff,

-vs-                              Case No. 6:06-cv-1163-Orl-28KRS

PHILLIP MORRIS USA, INC., THE
TOBACCO INSTITUTE, INC.,

        Defendants.

## ORDER

This case is before the Court on Defendant The Tobacco Institute, Inc.'s Motion to Dismiss (Doc. No. 11) filed August 24, 2006 and Defendant Phillip Morris USA, Inc.'s Motion for Leave to Amend Its Answer and Affirmative Defenses (Doc. No. 23) filed September 11, 2006. The United States Magistrate Judge has submitted a report recommending that the motions be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 18, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant The Tobacco Institute, Inc.'s Motion to Dismiss (Doc. No. 11) is **DENIED** without prejudice to reassertion within twenty (20) days after any order lifting the stay entered in this case (Doc. No. 29).

3. Defendant Phillip Morris USA Inc.'s Motion for Leave to Amend Its Answer and Affirmative Defenses (Doc. No. 23) is **DENIED** without prejudice to reassertion within twenty (20) days after any order lifting the stay entered in this case (Doc. No. 29).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of November, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party